BLAKESLEE ROLLINS CORPORATION, Appellant, *v.* THE STATE OF NEW YORK, Respondent.   (Claim No. 19465.)

(Argued October 8, 1934; decided October 23, 1934.)

*Edgar Allen Poe, Mark W. Norman, Benjamin McClung, Charles B. Sullivan* and *J. Kemp Bartlett* for appellant.
*John J. Bennett, Jr., Attorney-General (James Gibson* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.